IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RAND LOGISTICS, INC., *et al.*,[1] | ) Case No. 18-____ (__) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## LIST OF CREDITORS OF THE DEBTORS

A list of the creditors of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") is filed contemporaneously herewith in accordance with Fed. R. Bankr. P. 1007(a) and Del. Bankr. L.R. 1007-2(a).

The list contains only those creditors whose names and addresses were maintained in the database of the Debtors or were otherwise readily ascertainable by the Debtors prior to the commencement of the Debtors' chapter 11 cases. Certain of the creditors listed may not hold outstanding claims against the Debtors as of the date hereof and, therefore, may not be creditors for purposes of these cases. The information presented in the attached list shall not constitute an admission by, nor is it binding on, the Debtors. By filing the attached list, the Debtors in no way waive or prejudice their right to object to the extent, validity or enforceability of the claims, if any, held by the parties identified therein.

*[List of creditors filed electronically in manner consistent with Clerk's Office Procedures]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rand Logistics, Inc. (5343); Lower Lakes Transportation Company (5364); Grand River Navigation Company, Inc. (5146); Black Creek Shipping Company, Inc. (5474); Rand LL Holdings Corp. (6352); Rand Finance Corp. (1847); and Black Creek Shipping Holding Company, Inc. (5313). The service address for each of the above Debtors is 333 Washington Street, Suite 201, Jersey City, NJ 07302.

#47270484 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RAND LOGISTICS, INC., *et al.*,[1] ) | Case No. 18-_____ (___) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## **DECLARATION CONCERNING LIST OF CREDITORS**

I, Mark S. Hiltwein, am an authorized officer of the Debtors and, in such capacity, am familiar with the financial affairs of the Debtors. I declare under penalty of perjury that the foregoing *List of Creditors of the Debtors* is true and accurate to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated: January 29, 2018

                                          Rand Logistics, Inc., on behalf of itself and its
                                          affiliated debtors and debtors in possession

                                          */s/ Mark S. Hiltwein*
                                          Mark S. Hiltwein
                                          Chief Financial Officer

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Rand Logistics, Inc. (5343); Lower Lakes Transportation Company (5364); Grand River Navigation Company, Inc. (5146); Black Creek Shipping Company, Inc. (5474); Rand LL Holdings Corp. (6352); Rand Finance Corp. (1847); and Black Creek Shipping Holding Company, Inc. (5313). The service address for each of the above Debtors is 333 Washington Street, Suite 201, Jersey City, NJ 07302.

#47270484 v1

Rand Logistics, Inc., et al.
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1180 Main Avenue, LLC | c/o J. Michael Murray, Esq. | Berkman, Gordon, Murray & DeVan | 55 Public Square, Suite 2200 | | Cleveland | OH | 44113 | |
| 3-Phase Electrical | | 859 Ontario Street | | | Sarnia | ON | N7T 1N1 | |
| Aaron Degodny | | 437 Forest Lane | | | North Wales | PA | 19454 | |
| Abel Torres | | 144 Steuben St | Apt. 901 | | Jersey City | NJ | 07302 | |
| ABS Americas | | P.O.Box 201614 | | | Houston | TX | 77216-1614 | |
| ABS Americas - Cleveland | | Westgate Plaza | | | Cleveland | OH | 44116 | |
| ABS Americas - Dallas | | P.O. Box 301249 | | | Dallas TX | TX | 75303-1249 | |
| ABS Americas - Illinois | | 2234 Wisconsin Avenue | | | Downers Grove | IL | 60515 | |
| ABS AMERICAS - STURGEON BAY | | 253 NORTH FIRST AVENUE | | | STRUGEON BAY | WI | 54235-2551 | |
| Adam L. Cherry | | 3128 West 56th | | | Cleveland | OH | 44109 | |
| Adam Schultz | | 382 Lear Road | | | Avon Lake | OH | 44012 | |
| ADP | | P.O. BOX 842875 | | | BOSTON | MA | 02284-2875 | |
| Air Liquide | | 1700 Steeles Avenue East | | | Bramalea | ON | L6T 1A6 | Canada |
| Airgas | | 510 S 11th Ave | | | Alpena | MI | 49704-2648 | |
| Akinola Akinwunmi | | 506 Donato Cir | | | Scotch Plains | NJ | 07076 | |
| Alec Giamboi | | 7190 Paddington Rowe | | | Canfield | OH | 44406 | |
| Alex Gresock | | 3103 W. Thompson Road | PMB 211 | | Fenton | MI | 48430 | |
| Alex Przytulski | | 6 Exeter Road | | | East Windsor | NJ | 08520 | |
| Alexander Barnes | | 918 N Forestlane Dr | | | Traverse City | MI | 49686 | |
| Alexander Calmes | | 7829 W Lisbon Ave | | | Milwaukee | WI | 53222 | |
| Alexander Garbutt | | 226 N. Queen Street | | | Bergenfield | NJ | 07621 | |
| Alexander Kernosky | | 651 South Airport E. | | | Traverse City | MI | 49686 | |
| Alexandra Schnabel | | 174 South High Street | | | Lindenhurst | NY | 11757 | |
| Alexandria Barrett | | 11333 N. Jennings Road | | | Clio | MI | 48420 | |
| Allied Marine & Industrial | | 1 Lake Road | | | Port Colborne | ON | L3K 1A2 | Canada |
| American Casualty Co | | 333 South Wabash Avenue | | | Chicago | IL | 60604 | |
| Amlin and other Lloyds Syndicates | | 1155 Rue Metcalfe Ste 2220 | | | Montreal | PQ | H3B 2V6 | Canada |
| Andrew Gillespie | | 1257 Seely Road NW | | | Rapid City | MI | 49676 | |
| Andrew Slade | | 20 Fairview Street | | | Gardiner | ME | 04345 | |
| Annemarie Dobler | | 437 Lantern Way | | | Windsor | CT | 06095 | |
| Anthony E Szymanski | | 1540 N. Wood Street | Apt 1 | | Chicago | IL | 60622 | |
| Anthony Robinson | | 6051 Carriage View Pl | | | Lithonia | GA | 30038 | |
| Archway Lighting | | 2739 Washington | | | St. Louis | MO | 63103 | |
| Argonaut Insurance Company | | 225 W. Washington Street | 24th Floor | | Chicago | IL | 60606 | |
| Aventics Corporation | | 1953 Mercer Road | | | Lexington | KY | 40511 | |
| Avis | | 7876 Collections Center Dr. | | | Chicago | IL | 60693 | |
| Bank of America | Laura Glass | 300 Galeria Parkway, Suite 800 | | | Atlanta | GA | 30339 | |
| Bank of America Business Capital | Matthew O'Keefe, Senior Vice President | 100 Federal Street | MA5-100-09-12 | | Boston | MA | 02110 | |

**Rand Logistics, Inc., et al.**
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bank of America, N.A. | Attn: Portfolio Manager (Rand Logistics) | One Bryant Park | | | New York | NY | 10036 | |
| Bank of America, N.A., Canada Branch | Teresa Tsui | 181 Bay St Ste 400 | | | Toronto | ON | M5J 2V8 | Canada |
| Barry Zinke | | 1150 Klee Road | | | Rogers City | MI | 49779 | |
| Bay Engineering | | 253 North 1st Avenue | | | Sturgeon | WI | 54235 | |
| BDI USA | | P.O. Box 6128 | | | Cleveland | OH | 44101-1128 | |
| BDI USA | | P.O. Box 6128 | | | Cleveland | OH | 44194 | |
| Beatrice Shananaquet | | 800 Shady Lane | | | Traverse City | MI | 49686 | |
| Brad M. Szczotka | | 11400 Crown Drive | | | Sterling Heights | MI | 48314 | |
| Brandon Ambrozy | | 10930 S W Bay Shore Dr | | | Traverse City | MI | 49684 | |
| Brandon Leski | | 36905 North Doovy St. | | | Avon | OH | 44011 | |
| Brandon Tumblin | | 333 Washington Street | Suite201 | | Jersey City | NJ | 07302 | |
| Brian C Harvey | | 7998 Rahe Road | | | Kingsley | MI | 49649 | |
| Bridget M. Nagle | | 16500 Lucille Avenue | | | Cleveland | OH | 44111 | |
| BROWN RUDNICK | | 1 FINANCIAL CENTER | | | BOSTON | MA | 2111 | |
| Bryan Washington | | 5825 N. 76th Street | Apt. 3 | | Milwaukee | WI | 53218 | |
| Bureau of Motor Vehicles | | P.O. Box 183087 | | | Columbus | OH | 43218-3087 | |
| Bureau of Workers' Compensation | | 30 West Spring St. | | | Columbus | OH | 43215-2256 | |
| Burke Copeland | | 5405 Vernon Walk | | | Atlanta | GA | 30327 | |
| C.A. Shea & Co. | | 6 Mill Ridge Ln | | | Chester | NJ | 07930 | |
| Caitlin McCabe | | P.O. Box 1976 | | | Edgewood | NM | 87015 | |
| CANON FINANCIAL SERVICES, INC. | | 158 GAITHER DRIVE | | | MT. LAUREL | NJ | 08054 | |
| CANON FINANCIAL SERVICES, INC. | | 14904 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693-0149 | |
| CARR, PHILLIP | | | | | | | | |
| Central Machine & Marine Inc. | Marten VandenBroek | 649 McGregor Road | | | Sarnia | ON | N7T 7L7 | Canada |
| Central Machine & Marine Inc. | | 649 McGregor Road | P.O. Box 2163 | | Sarnia | ON | N7T 7L7 | Canada |
| Chad G. Mussell | | 3155 Moonlight Drive | | | Charleston | SC | 29414 | |
| Charles Blue | | 828 Camp Road | | | Salisbury | NC | 28147 | |
| Charles R. Ritter | | 478 Sun Valley Lane | | | Moncks Corner | SC | 29461 | |
| Charles Teney | | 214 Bolivia Blvd | | | Bradenton | FL | 34207 | |
| Christies Cabaret | c/o Entertainment USA, Inc. | 5100 Poplar Ave. Suite 2114 | | | Memphis | TN | 38137 | |
| Christopher Booth | | 2019 Hickory Drive | | | Vermilion | OH | 44089 | |
| Christopher C. Gill | | 4404 M Road | | | Escanaba | MI | 49829 | |
| Christopher Crepeau | | 1409 1st Avenue North | | | Escanaba | MI | 49829 | |
| Christopher Garwood | | 6418 Paderborne Drive | | | Hudson | OH | 44236 | |
| Christopher Grupp | | 305 Oxford Lane | | | Villanova | PA | 19085 | |
| Christopher R. Pflug | | 2038 W. 638 Hwy | | | Hawks | MI | 49743 | |
| Christopher Schilling | | 456 9th Street | Apt 36 | | Hoboken | NJ | 07030 | |
| Citizens Commercial Banking | Alex D'Alessandro | 28 State Street | | | Boston | MA | 02109 | |
| Clark Smith | | 115 West 7th Street | | | Dover | OH | 44622 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Clifford Robins | | 2362 Treelane Drive | | | Traverse City | MI | 49686 | |
| Cody Bentley | | 6012 N. Black River Road | | | Cheboygan | MI | 49721 | |
| Cole International Inc. | Edith Egner | 3950 Malden Road | | | Windsor | Ontario | N9C 2G4 | Canada |
| Cole International Inc. | | 3950 Malden Road | | | Windsor | ON | N9C 2G4 | |
| COMCAST CORPORATION | | 1 COMCAST CENTER | 32ND FLOOR | | PHILADELPHIA | PA | 19103 | |
| Commonwealth of Massachusetts | | Massachusetts Department of Revenue | | | Boston | MA | 2204 | |
| Continental | | 66 Wellington St west | | | Toronto | ON | M5K 1J5 | Canada |
| Continental | | 333 South Wabash Avenue | | | Chicago | IL | 60604 | |
| Continental Casualty Co. | | 333 South Wabash Avenue | | | Chicago | IL | 60604 | |
| Corey Bidwell | | 5006 Friendship Avenue | | | Pittsburgh | PA | 15224 | |
| Corey G. Humphrey | | 9771 E. Johnson Road | | | Northport | MI | 49670 | |
| Corey Weiner | | 4736 Ottawa Trail Dr. | | | Toledo | OH | 43611 | |
| Craig Bryant | | 333 Washington Street | Suite 201 | | Jersey City | NJ | 07302 | |
| Craig M. Bisson | | 1431 E. Gordonville Road | | | Midland | MI | 48640 | |
| Craig S. Fishbough | | 6012 Battleford Drive | | | Raleigh | NC | 27612 | |
| CSX Transportation Inc. | | P.O. Box 116651 | | | Atlanta | GA | 30368-6651 | |
| CT Corporation System | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Customs & Border Protection | | 4950 West Dickman Rd | | | Battle Creek | MI | 49037 | |
| Dania Velez | | 8 1/2 East 33 Street | | | Bayonne | NJ | 07002 | |
| Daniel Hasbani | | 740 Lawrence Avenue | | | Westfield | NJ | 07090 | |
| Daniel Hilger | | 140 Mill Lane | Apt. 1 | | Jacksboro | TN | 37757 | |
| Daniel J. Manning | | 850 Wilkenson Trace | #160 | | Bowling Green | KY | 42013 | |
| Daniel J. Mikkola | | 560 Quartz Drive | | | Hancock | MI | 49930 | |
| Daniel Jasmund | | 1560 E. Front Street | Apt. 201 | | Traverse City | MI | 49686 | |
| Daniel L. Andrews | | 11545 Spens Lane | | | Lachine | MI | 49753 | |
| Daniel Massa | | 15 Tamboer Ave | | | Clifton | NJ | 07013 | |
| Daniel R. Michelson | | 5072 Heritage Way | | | Traverse City | MI | 49685 | |
| Danielle Licwinko | | 279 Avenue A | | | Bayonne | NJ | 07002 | |
| Danny Griffin | | 608 E. Main Street | | | Louisville | MS | 39339 | |
| Darrell Hawkins | | 60 Crescent Cove Court | | | Jax | FL | 32218 | |
| David B Miller | | 1587 Evergreen Dr | | | Lakeview | NY | 14085 | |
| David Bischoff | | 2492 Knapp Street NE | | | Grand Rapids | MI | 49505 | |
| David E. Bidwell | | 10808 S. Golden Valley Road | | | Empire | MI | 49630 | |
| David H. Detlev | | 11733 Edgewater Drive | #402 | | Lakewood | OH | 44107 | |
| David Holt | | 7043 S. Lundgren Road | | | South Range | WI | 54784 | |
| David Horovitz | | 9116 Riverside Station Blvd | | | Secaucus | NJ | 07094 | |
| David M. Richmond | | 242 Bates Avenue | | | Oneida | NY | 13421 | |
| David R. Sheldon | | P.O. Box 610035 | | | Port Huron | MI | 48061 | |
| David Tyson | | 1180 Dennery Rd | Apt. 305 | | San Diego | CA | 92154 | |
| David W. Gilbert | | 10777 Lyon Road | | | Onaway | MI | 49765 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Debra A. Porath | | 6986 Perkins 30.5 Rd | | | Rapid River | MI | 49878 | |
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Division of Revenue Bankruptcy Service | Division of Revenue/Bankruptcy Services | Carvel State Office Building 8th Floor | | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | | Division of Corporations | | | Baltimore | MD | 21274-4072 | |
| Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Dell Financial Services Canada Limited | Attn Joseph W. McHugh, Jr., CFO and V.P. | 155 Gordon Baker Road Suite 501 | | | North York | Ontario | M2H 3N5 | Canada |
| Department of the Treasury | | Internal Revenue Service | | | Cincinnati | OH | 45999-0009 | |
| Department of the Treasury - Internal Revenue Service | | 31 Hopkins Plaza | | | Baltimore | MD | 21201 | |
| Dimitra Williams | | 15 West 116th Street | 3A | | New York | NY | 10026 | |
| DIRECTV | | PO Box 60036 | | | Los Angeles | CA | 90060-0036 | |
| DIRECTV | | P.O. BOX 5006 | | | CAROL STREAM | IL | 60197-5006 | |
| Disc Environment Service | | OI Box 167590 | | | Oregon | OH | 43616 | |
| Dmitry Setrakov | | 105 Clark Road | | | Prospect | ME | 04981 | |
| Doane Infrared Inc. | | 5445 Coronada Drive | | | Mentor On The Lake | OH | 44060 | |
| Donald L. B. Hixon | | 9938 Old Columbus Road | | | South Vienna | OH | 45369 | |
| Donald Ray Tanner | | 14211 Brook Street | | | Beulah | MI | 49617 | |
| Drew K. Crawford | | 505 W. Huron Avenue | | | Rogers City | MI | 49779 | |
| EAN Services, LLC | | PO Box 402383 | | | Atlanta | GA | 30384-2383 | |
| Edward Canant | | 15515 Hilliard Road | | | Lakewood | OH | 44107 | |
| Edward Levy | | 910 Park Avenue | | | New York | NY | 10075 | |
| Edward Lulko | | 7491 Cedar Run Rd | | | Traverse City | MI | 49684 | |
| Edwin R. Ryan | | PO BOX 83 | | | Rogers City | MI | 49779 | |
| Entertainment USA of Cleveland, Inc. | c/o J. Michael Murray, Esq. | Berkman, Gordon, Murray & DeVan | 55 Public Square, Suite 2200 | | Cleveland | OH | 44113 | |
| Eric A Johnson | | 1234 Meadow Parkway | | | Mayer | MN | 55360 | |
| Escanaba Marine Market LLC | | 1501 Sheridan Road | Suite 1 | | Escanaba | MI | 49829 | |
| Esther Galindo-Pajak | | 21959 Eaton Road | | | Fairview Park | OH | 44126 | |
| Ethan Logan | | 27 Valerie Drive | | | Vernon | CT | 06066 | |
| F. N. Cuthbert Inc. | | P.O. Box 140570 | | | Toledo | OH | 43614-0810 | |
| FAIR MEDIA ADVISORS | | 6138 Riverview Rd | | | Peninsula | OH | 44264 | |
| Fastenal | | P.O. Box 978 | | | Winona | MN | 55987-0978 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fastenal - Canada | Patrick | 507 Queesway W. | | | Simcoe | ON | N3Y 4L2 | Canada |
| Fastenal - Canada | | 507 Queesway W. | Unit 1 | | Simcoe | ON | N3Y 4L2 | |
| Fluid Life Ltd. | Marc Pinkerton | Suite 210  9555 James Avenue South | | | Bloomington | MN | 55431 | |
| Fluid Life Ltd. | | Suite 210  9555 James Avenue South | | | Bloomington | MN | 55431 | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | | 90 MATAWAN ROAD | | | MATAWAN | NJ | 07747 | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | | 90 MATAWAN ROAD | P.O. BOX 2001 | | MATAWAN | NJ | 07747 | |
| Franklin Sanitation LLC | | 1611 Rye Beach Rd | | | Huron | OH | 44839 | |
| Futronics Inc | | 550 State Route 19 | | | Fremont | OH | 43420 | |
| G.L. &R. Training & Assignment Fund | | MM&P | | | Cleveland | OH | 44113-1228 | |
| George A. Defrain | | 7901 Colley Road | | | Odessa | FL | 33556 | |
| George Bouhall | | 1287 Hathaway Ave | #2 | | Lakewood | OH | 44107 | |
| George D Finley | | 23661 Stoneybrook Drive | | | North Olmstead | OH | 44070 | |
| Gerald Robertson | | 440 Hemlock | | | Rogers City | MI | 49779 | |
| GODERICH PORT MANAGEMENT CORP. | | P.O. BOX 415 | | | GODERICH | ON | N7A 4C6 | Canada |
| Gordon Food Service  Michigan | Matt Terry | P.O. Box 1787 | | | GrandRapids | MI | 49501-1787 | |
| Gordon Food Service  Michigan | | P.O. BOX 88029 | | | CHICAGO | IL | 60680-1029 | |
| GRANT THORNTON LLP | | 201 City Centre Drive | | | Mississauga | ON | L5B 2T4 | Canada |
| Grant Thornton US | | 33960 Treasury Centre | | | Chicago | IL | 60694-3900 | |
| Great American Insurance Company | | Scotia Plaza,  Suite 2100 | 40 King Street West | | Toronto | Ontario | M5H 3C2 | Canada |
| Great Lakes Business Systems | Greg Rogers | 733 Woodmere | | | Traverse City | MI | 49686 | |
| Great Lakes Business Systems | | 733 Woodmere | | | Traverse City | MI | 49686 | |
| Great Lakes Towing Company | | 4500 Division Ave. | | | Cleveland | OH | 44102-2228 | |
| Great Lakes Towing Company | c/o Frederick B. Goldsmith, Esq. | Goldsmith & Ogrodowski, LLC | 247 Fort Pitt Boulevard, 5th Floor | | Pittsburgh | PA | 15222 | |
| Gregory Grieco | | 1052 Tart Trail Ln | | | Traverse City | MI | 49686 | |
| GT Hydraulic Specialists LLC | Glen Spillman | W324 N8955 Daley Dr. | | | Hartland | WI | 53029 | |
| GT Hydraulic Specialists LLC | | W324 N8955 Daley Dr. | | | Hartland | WI | 53029 | |
| Guggenheim Corporate Funding, LLC | c/o Guggenheim Partners | 330 Madison Avenue | | | New York | NY | 10017 | |
| HANSEN INDUSTRIES | | 2824 Summit St. | | | Toledo | OH | 43611 | |
| Harold Goetz, Irene Salva, Lake Service Shipping Co. | c/o D. Bruce Beaton, Esq. | Thompson Hine | 137 S. Water Street | | Marine City | MI | 48039 | |
| Hayden Canty | | 1826 Delancy Cir | | | Canton | MI | 48188 | |
| Hector Davila | | 167 Valley Brook Avenue | | | Lyndhurst | NJ | 07071 | |
| Hector Gonzales | | 1339 5th Street SW | | | Warren | OH | 44485 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Huntington Business Credit | Barry O'Neall | 222 North LaSalle, Suite 1200 | | | Chicago | IL | 60601 | |
| Ian Lubold | | 4 Whittier Road | | | Deerfielfd | NH | 03037 | |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Illinois Department of Revenue | | P.O Box 19045 | | | Springfield | IL | 62794-9045 | |
| Illinois Dept of Revenue | Attn Bankruptcy Unit | James R Thompson Center - Concourse Level | 100 West Randolph Street | | Chicago | IL | 60601-3274 | |
| Illinois International Port | | 3600 E. 95th Street | | | Chicago | IL | 60617 | |
| Illinois Secretary of State | Jesse White | 213 State Capitol | | | Springfield | IL | 62756 | |
| INACOMP Computer Center | Tom Pointe | 626 E. Eighth Street  Suite #15 | | | Traverse City | MI | 49686 | |
| INACOMP Computer Center | | 626 E. Eighth Street  Suite #15 | | | Traverse City | MI | 49686 | |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| Indiana Department of Revenue | | P.O. Box  7226 | | | Indianapolis | IN | 46207-7226 | |
| Indiana Dept of Revenue | | Bankruptcy Section MS 108 | 100 N Senate Ave N240 | | Indianapolis | IN | 46204 | |
| Intact Insurance | | 700 University Ave. | | | Toronto | ON | M5G 0A1 | Canada |
| Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Irenee Salva | | 7601 Eason Circle | | | Raleigh | NC | 27613-4001 | |
| Israel Discount Bank | Jerry Hertzman | 511 Fifth Avenue | | | New York | NY | 10017 | |
| J.W. Westcott Company | | 12 of 24th Street | | | Detroit  MI | MI | 48216 | |
| J.W. Westcott Company | | 12 of 24th Street | | | Detroit | MI | 48216 | |
| Jacob Christopher | | 7982 Park Road | | | Williamsburg | MI | 49690 | |
| James Harding | | 853 E Front St | Apt. 5 | | Traverse City | MI | 49686 | |
| James J. Whitlock | | 2789 Mayfair Court | | | Wauwatosa | WI | 53222 | |
| James P. Shultz | | 13511 Detroit Avenue | Apt. A3 | | Lakewood | OH | 44107 | |
| James R. Collum | | 184 Creeks Crossing | | | Ruston | LA | 71270 | |
| James Roberts Jr. | | 9192 Stonebriar | | | North Ridgeville | OH | 44039 | |
| James Sika | | 10107 Harmony Drive | | | Interlochen | MI | 49643 | |
| Jason Nelson | | 5232 Edgewater Drive | | | Sheffield Lake | OH | 44054 | |
| Jay L. Love | | 620 W. 1st Street | | | Cheboygan | MI | 49721 | |
| Jeffrey D. Bowen | | 17328 East 638 Hwy | | | Presque Isle | MI | 49777 | |
| Jeffrey M. Porinchok | | 722 Mallard Cir NW | | | Massillon | OH | 44646 | |
| Jeffrey Patrick | | 441 McMillan Street | | | Marquette | MI | 49855 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jeffrey Pierce | | 413 W Helga St | | | Kill Devil Hills | NC | 27948 | |
| Jerry Howard | | 9104 Bishops View Cir | | | Cherry Hill | NJ | 08002 | |
| Jess E. Preston | | 4810 M-68 Hwy | | | Rogers City | MI | 49779 | |
| Jimmy L Jandron | | 521 21st Avenue South | | | Wisconsin Rapids | WI | 54495 | |
| John B Collings | | P.O. Box 1723 | | | Traverse City | MI | 49685 | |
| John Duffy Electrical | | 3976 Bridgewater St. | | | Niagara Falls | ON | L2G 6H7 | Canada |
| John J. Lanz | | 3389 Bordeaux Avenue | | | Northwood | OH | 43619 | |
| John Shelnick | | 1018 Delence Street | | | Toledo | OH | 43605 | |
| John Stockert | | 2125 E. 3rd Street | | | Duluth | MN | 55812 | |
| Jonathan M Kelly | | 421 Cedar Street | | | Sault St Marie | MI | 49783 | |
| Jonathan Waldeck | | 1689 West 130th Street | | | Hinckley | OH | 44233 | |
| Jordan L. Campbell | | P.O. Box 542 | | | Kalkaska | MI | 49646 | |
| Joseph A. Zinke | | 9885 Summit City Road | | | Kingsley | MI | 49649 | |
| Joseph Cioletti | | 3000 Arvorvitae Drive | Apt. # 23 | | Traverse City | MI | 49685 | |
| Joseph Craine | | 1459 OH-46 South | | | Jefferson | OH | 44047 | |
| JOSEPH CRAINE | | 1459 State. Rte. 46 South | | | JEFFERSON | H | 44047 | |
| Joseph Janela | | 26 Miara Street | | | Parlin | NJ | 08859 | |
| Joseph Jreij | | 481 Dewey Avenue | | | Saddle Brook | NJ | 07663 | |
| Joseph Kiley | | 151 Planting Fields Road | | | Marshfield | MA | 02050 | |
| Joseph Mendoza | | 124 W. Onota Street | | | Munising | MI | 49862 | |
| Joseph W. McHugh Jr. | | 5 Minuteman Drive | | | Chelmsford | MA | 01824 | |
| Joshi Mathew | | 13057 Berwickshire Dr | | | Jacksonville | FL | 32224 | |
| JOSHI MATTHEW | | 333 WASHINGTON ST. | | | JERSEY CITY | NJ | 07302 | |
| Joshua C Bruder | | 7555 Schultz Hwy | | | Rogers City | MI | 49779 | |
| Juan Luzuriaga | | 904 20th Street | | | Union City | NJ | 07087 | |
| Jude Komyatte | | 8812-8814 Liable Rd | | | Highland | IN | 46322 | |
| Justin Gee | | 1459 OH-46 South | | | Jefferson | OH | 44047 | |
| Kamal Bashiru | | 11 Country Club Lane | | | Elizabeth | NJ | 07208 | |
| Karl Hardesty | | 12703 Pine Lake Road | | | Plainwell | MI | 49080 | |
| Kathleen L. Pavlovich | | 2017 Applewood Court | | | Avon | OH | 44011 | |
| Kay 321 Washington Properties, LLC | c/o Metropolitan Property Services | 141-50 85th Road | | | Briarwood | NY | 11435 | |
| Keagon Collins | | 117 E. Maple Street | | | Alpena | MI | 49707 | |
| Kellen Flynn | | 179 Fairfield Road | | | Avon Lake | OH | 44012 | |
| Kelly M. Neurohr | | 3112 Co. 416 23rd | | | Cornell | MI | 49818 | |
| Kelly Services | | P.O. BOX 820405 | | | PHILADELPHIA | PA | 19182-0405 | |
| Ken B Siford | | 1264 Marks Road | Apt. E | | Valley City | OH | 44280 | |
| Kendall Electric | | P.O. Box 671121 | | | Detroit | MI | 48267-1121 | |
| Kenneth D. Barr | | P.O Box 605 | | | Conneaut | OH | 44030 | |
| Kenneth K. Springsteen | | 137 McMillan St | | | Grand Ledge | MI | 48837 | |
| Kenneth Siford Jr. | | 18250 Brick Mill Run | | | Strongsville | OH | 44136 | |
| Kevin Lees | | P.O. Box 44 | | | Ferrisburgh | VT | 05456 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kevin M. McCartney | | 721 Columbia Street | | | Algonac | MI | 48001 | |
| KIDS FOOD BASKET-MUSKEGON | | PO BOX 034 | | | Muskegon | MI | 49443 | |
| KINDER MORGAN ENERGY PARTNERS L.P. | | DEPT 3017 | | | DALLAS | TX | 75320-1607 | |
| KINDER MORGAN ENERGY PARTNERS L.P. | | DEPT 3017 | P.O. BOX 201607 | | DALLAS | TX | 75320-1607 | |
| Kody Laferty | | 260 Knoles Avenue | | | Chillicothe | OH | 45601 | |
| Kody Nugier | | 2520 Crossing Circle | Apt. 104 | | Traverse City | MI | 49684 | |
| KPI Bridge Oil In. | Lana Rjedkin | 21 East Front Street | | | Red Bank | NJ | 07701 | |
| KPI Bridge Oil In. | | 21 East Front Street | | | Red Bank | NJ | 07701 | |
| KPK Rentals, LLC | | 1028 Hannah Avenue Ste C | | | Traverse City | MI | 49686 | |
| Kristofer Burgess | | 195 Somerset Lane | Apt. 17 | | Avon Lake | OH | 44012 | |
| Kyle C. Foster | | 7351 W. 18 Road | | | Mesick | MI | 49668 | |
| Kyle Martin | | 27 Fox Run Lane | | | Hancock | ME | 04640 | |
| Kyle Nunn | | 1231 Santo Street | | | Traverse City | MI | 49686 | |
| Lake Erie Ship Repair & Fabrication | Joe Crane | 1459 State Route 46 South | | | Jefferson | OH | 44047 | |
| Lake Erie Ship Repair & Fabrication | | 1459 State Route 46 South | | | Jefferson | OH | 44047 | |
| Larry E. Moschner | | 6625 Steinbeck Ct. | | | N. Ridgeville | OH | 44039 | |
| Laura Glass | 300 Galeria Parkway, Suite 800 | | | | Atlanta | GA | 30339 | |
| LDI COLOR TOOLBOX | | 50 JERICHO QUADRANGLE | | | JERICHO | NY | 11753 | |
| LDI COLOR TOOLBOX | | 50 JERICHO QUADRANGLE | SUITE 115 | | JERICHO | NY | 11753 | |
| Leboeuf Industries Inc. | | 14960 Willy Rd. | | | Waterford | PA | 16441-3754 | |
| Leland H. Meeker III | | 20146 Lakeview Ct. | | | Rocky River | OH | 44116 | |
| Lettinga & Associates LLC | Jim Chad | Employee Benefits Dept. | | | Grand Rapids | MI | 49508 | |
| Lettinga & Associates LLC | | Employee Benefits Dept. | 4246 Kalamazoo Ave. | | Grand Rapids | MI | 49508 | |
| Liberty Insurance Underwriters, Inc. | | 55 Water St | 23rd Floor | | New York | NY | 10041 | |
| Lightship Capital LLC | Jason Perri, Partner | 330 Madison Avenue, 28th Floor | | | New York | NY | 10017 | |
| Lisa Dorinski | | 103 Hane Drive | Box 121 | | Pioneer | OH | 43554 | |
| Lloyd's & London Market Insurers | | 1155 Rue Metcalfe Ste 2220 | | | Montreal | PQ | H3B 2V6 | Canada |
| Ludell Manufacturing | | 5200 West State Street | | | Milwaukee | WI | 53208 | |
| Marine Automated System Technologies LLC | Randy Barr P.E. | 4906 Apache Lane | | | Schofield | WI | 54476 | |
| Marine Automated System Technologies LLC | | 4906 Apache Lane | | | Schofield | WI | 54476 | |
| MARINE MARKET INC. | | 515 RIPLEY BLVD | | | ALPENA | MI | 49707 | |
| Marine Parts International Pte Ltd. | Luigi Bertorello | 100 Beach Road | | | Singapore | | 189702 | Singapore |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marine Parts International Pte Ltd. | | 100 Beach Road | #30-00 Show Tower | | | | 189702 | Singapore |
| Marine Technical Services  LLC | | 550 State Route 19 | | | Fremont | OH | 43420 | |
| Maritime Adminstration, US Dept. of Transportation | | West Building | 1200 New Jersey Avenue, SE | | Washington | DC | 20590 | |
| Mark A. Stanger | | 9298 Rolling Ridge | Drive | | Traverse City | MI | 49686 | |
| Mark A. Walrath | | 9200 Roxbury Road | | | Parma Heights | OH | 44130 | |
| Mark Hiltwein | | 740 Lawrence Avenue | | | Westfield | NJ | 07090 | |
| Mark J Rohn | | 162 Moore Road | | | Avon Lake | OH | 44012 | |
| Mark Kennedy | | 1925 Seneca | | | Traverse City | MI | 49686 | |
| Marsh Canada Ltd. | | P.O. Box 9741 | | | Toronto | ON | M5W 1R6 | Canada |
| Marsh Canada Ltd. | | 70 University Ave. | Suite 800 | | Toronto | ON | M5J 2M4 | |
| Martin Grindley | | 8621 Georgia Avenue | Apt. 502 | | Silver Spring | MD | 20910 | |
| Marvin Hagelberg | | 5137 Silver Cove Drive | | | Traverse City | MI | 49685 | |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 | |
| Massachusetts Department of Revenue | Attn Bankruptcy Unit/Litigation Bureaur | 100 Cambridge St 7th Floor | | | Boston | MA | 02114 | |
| Massachusetts Department of Revenue | Department of Revenue | PO Box 7010 | | | Boston | MA | 02204 | |
| Matthew DuBon | | 538 Cromwell Dr | | | Traverse City | MI | 49686 | |
| Matthew G. Pizzedaz | | 349 Sweet Bay Lane | | | Naples | FL | 34119 | |
| Matthew J. Phillips | | 16010 Wedgewood Lane | | | Strongsville | OH | 44149 | |
| Matthew Watson | | 50 Danube River Drive | | | Cocoa Beach | FL | 32931 | |
| Maxwell Nelson | | 614 W. College Street | Apt. C | | Energy | IL | 62933 | |
| Maya Kerr | | 423 North Mulberry Street | | | Marshall | MI | 49068 | |
| McMaster-Carr Supply | | P.O. Box 7690 | | | Chicago | IL | 60680-7690 | |
| Megan Brown | | 1789 S 58th Ave | | | Shelby | MI | 49455 | |
| Michael Carr | | 164 Washington Street | | | Medford | MA | 02155 | |
| Michael E. Gammons | | 3194 Stella Cilento | | | Henderson | NV | 89044 | |
| Michael E. Nerychel | | 20797 Red Oak Drive | | | Lake Ann | MI | 49650 | |
| Michael Farrell II | | 2690 Blue Meadow Drive | | | Traverse City | MI | 49685 | |
| Michael Flanagan | | 269 Roosevelt Avenue | | | Elyria | OH | 44035 | |
| Michael Malanga | | 110 Spring Street | | | Redbank | NJ | 07701 | |
| Michael P. Cannon | | 2903 Goble Drive | | | Lorain | OH | 44055 | |
| Michael S. Bizup Jr. | | 20011 Speidel Avenue | | | Fairview Park | OH | 44126 | |
| Michael T. McDermott | | 3995 D Road | | | Bark River | MI | 49807 | |
| Michael Taetsch | | 3462 Greenwood Drive | | | Traverse City | MI | 49686 | |
| Michael Winchester | | 3272 Cedar Island road | PO Box 603 | | Cedar Island | NC | 28520 | |
| Michail Bryliov | | 125 Clifton Pl | Apartment 1202 | | Jersey City | NJ | 07304 | |
| Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 | |
| Michigan CAT | | Dept. # 77576 | | | Detroit | MI | 48277-0576 | |
| Michigan Department of State | | 7064 Crowner Dr. | | | Lansing | MI | 48980-0001 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MICHIGAN DEPARTMENT OF TRANSPORTATION | | 425 W. OTTAWA STREET | | | LANSING | MI | 48909 | |
| Michigan Department of Treasury | | Department 77889 | | | Detoit | MI | 48277-0889 | |
| Michigan Dept of Treasury | Revenue & Collections Division | PO Box 30741 | | | Lansing | MI | 48909 | |
| MicroAge Technology Services | Don Portanova | 188 Bunting Road | | | St. Catharines | ON | L2M 3Y1 | Canada |
| MicroAge Technology Services | | 188 Bunting Road | | | St. Catharines | ON | L2M 3Y1 | |
| Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Minnesota Dept of Revenue | Attn Bankruptcy Dept | 600 N Robert St | | | St Paul | MN | 55146 | |
| Minnesota Pollution Control Agency | Beckie Olson | 520 Lafayette Road North | | | St. Paul | MN | 55164-0893 | |
| Minnesota Revenue | | Mail Station 1250 | | | St. Paul | MN | 55145-1250 | |
| MM&P Plans | | 700 Maritime Blvd.  Ste A | | | Linthicum Heights | MD | 21090-1996 | |
| Motion Industries - Chicago | Jill | P.O. Box 98412 | | | Chicago | IL | 60693 | |
| Motion Industries - Chicago | | P.O. Box 98412 | | | Chicago | IL | 60693 | |
| Naresh Maddula | | 127 Taylortown Rd | | | Boonton | NJ | 07005 | |
| Nassry Zamora | | 200 North End Avenue | #9G | | NewYork | NY | 10282 | |
| Natalia O'Donnell | | 1608 77th Street | | | North Bergen | NJ | 07047 | |
| Nathan Kainste | | 132 Madison Ave SE | Apt. 1 | | Grand Rapids | MI | 49503 | |
| National Union Fire Insurance Company of Pittsburgh, PA | | 175 Water St | 18th Floor | | New York | NY | 10038 | |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 8th Floor West Wing | 25 Market St | Trenton | NJ | 08625-0080 | |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York City Department of Finance | Legal Affairs Division | 345 Adams Street, 3rd Fl. | Box 5070 | | Kingston | NY | 12402-5070 | |
| New York State Corporation Tax | | New York State Corporation Tax | | | Albany | NY | 12201-2094 | |
| New York State Department of State | | 123 William Street | | | New York | NY | 10038-3804 | |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| New York State Insurance Fund | | New York State Insurance Fund | | | Buffalo | NY | 14203-1685 | |
| New York State Taxation | | NYS Assessment Receivables | | | Binghamton | NY | 13902-4127 | |
| Nicholas Janes | | 76 Bradstreet Ln | | | Eliot | ME | 03903 | |
| Nimesh Shah | | 55 Gill Lane, Unit 27 | Brookside at IselinCondominium | | Iselin | NJ | 08830 | |
| Noah Garza | | 540 S. Winding Drive | | | Waterford | MI | 48328 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Norfolk Bearings | | 23 Grigg Drive  P.O. Box 352 | | | Simcoe | ON | N3Y 4L2 | Canada |
| North of England P&I Association | | The Quayside | | | Newcastle upon Tyne | | NE1 3DU | United Kingdom |
| Northbridge | c/o Lloyds | 105 Adelaide St West | | | Toronto | ON | M5H 1P9 | Canada |
| Northeast Filter & Equipment | | P.O. Box 1070 | | | Chardon | OH | 44024-1070 | |
| Northern Machining & Repair  Inc. | John Liss | 1701 N. 26th Street | | | Escanaba | MI | 49829 | |
| Northern Machining & Repair  Inc. | | 1701 N. 26th Street | | | Escanaba | MI | 49829 | |
| NORTHWEST INDIANA CANCER KIDS FOUNDATION | | PO Box 824 | | | Schererville | ID | 46375 | |
| Office of the United States Trustee Delaware | | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215 | |
| OHIO BMV | Attn: Compliance Unit | P.O. Box 16583 | | | Columbus | OH | 43216 | |
| Ohio Casualty Insurance | | 9450 Seward Rd | | | Fairfield | OH | 45014 | |
| Ohio Cat | | Power Services Div. | Box 931029 | | Cleveland | OH | 44193 | |
| Ohio Department of Taxation | | P.O. Box 27 | | | Columbus | OH | 43216-0027 | |
| Ohio Dept of Taxation | Attn Bankruptcy Division Rebecca Daum | 30 East Broad Street, 21st Floor | | | Columbus | OH | 43215 | |
| OHIO EPA | | P.O. Box 1049 | | | Columbus | OH | 43216-1049 | |
| Ohio Treasurer of State | Ohio Department of Taxation | P.O. Box 27 | | | Columbus | OH | 43216-0027 | |
| Oscar Rayford | | 46 Hwy 48 | | | Sandy Hook | MS | 39478 | |
| Oshawa Port Authority | | 1050 Farewell Ave | | | Oshawa | ON | L1H 6N6 | Canada |
| PA Department of Revenue | | PO Box 280422 | | | Harrisburg | PA | 17128-0427 | |
| Padgett Swann Machinery | | 5128 36th Avenue South | | | Tampa | FL | 33619 | |
| Padgett Swann Machinery | | 5128 36th Avenue South | | | Tampa  FL | FL | 33619 | |
| Patrick Meharg | | 1417 Virgilene | | | Rogers City | MI | 49779 | |
| Patrick Seabrook | | 33 Jamesway Drive | | | Litchfield | NH | 03052 | |
| Patrick W. Hart | | 3025 Morrill Road | | | Rogers City | MI | 49779 | |
| Patrick Waggoner | | 400 Winters Dr | | | Fremont | OH | 43420 | |
| Paul Braun | | 970 Andrews | | | Medina | OH | 44256 | |
| Paul Cojocaru | | 17496 Lexington Lane | | | Strongsville | OH | 44136 | |
| Paul J Joaquin | | 6781 S.Betsie River Road | | | Interlochen | MI | 44643 | |
| Paul McCarthy | | 5 Fairfield Drive | | | East Sandwich | MA | 02537 | |
| PCM SALES INC. | | 1940 E.MARIPOSA AVE. | | | EL SEGUNDO | CA | 90245 | |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| People's United Bank | Jon Gasior | 850 Main Street | | | Bridgeport | CT | 06604 | |
| Peter Nelson | | 82574 Hughes Drive | | | Indio | CA | 92201 | |
| Phillip Carr | | 35 Parkview Avenue | Apt. 2H | | Bronxville | NY | 10708 | |
| PNC BANK | | P.O. BOX 856176 | | | LOUISVILLE | KY | 40285-6176 | |
| Port Calcite Collaborative | | PO Box 732 | | | Onaway | MI | 49765 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PORT COLBORNE, THE CITY OF | | 66 CHARLOTTE STREET | | | PORT COLBORNE | ON | L3K 3C8 | Canada |
| Port Consolidated | | PO Box 350430 | | | Ft. Lauderdale | FL | 33335 | |
| PORT DE SEPT-ILES | | 1 QUAI MGR BLANCHE | | | SEPT-ILES | QC | G4R 5P3 | Canada |
| Port Dover Board of Trade | | P.O. Box 239 | | | Port Dover | ON | N0A 1N0 | Canada |
| Port of Johnston | Robert Dalley  GM | 3035 County Road 2 | | | Johnstown | ON | K0E 1T1 | Canada |
| Port of Milwaukee | | City of Milwaukee | | | Milwaukee | WI | 53203-3462 | |
| Port of Milwaukee, USA | | 2323 S. Lincoln Memorial Drive | | | Milwaukee | WI | 53207-1054 | |
| Port of Montreal | | Port of Montreal Building | | | Montreal  QC | QC | H3C 3R5 | Canada |
| PORT OF OSWEGO AUTHORITY | | ONE E. SECOND STREET | | | OSWEGO | NY | 13126 | |
| Port of Prescott | | 3035 County Road 2 | | | Johnstown | ON | K0E 1T1 | Canada |
| Port of Quebec | | 150 Dalhousie St. | | | Quebec | QC | G1K 7P7 | Canada |
| Port Weller Marine Terminal | | 961  Boulevard Champlain | | | Quebec | Quebec | G1K 4J9 | Canada |
| Powell Electronics | | 200 Commodore Drive | | | Swedesboro | NJ | 08085 | |
| Quality Belt Maintenance Ltd | | 566 Ridge Road | | | Welland | ON | L3B 5N7 | Canada |
| Quashana Watts | | 50 Potomac Avenue | | | Paterson | NJ | 07503 | |
| QUICK FUEL | | PO Box 88249 | | | Milwaukee | WI | 53288-0249 | |
| Reliable Parts | Andy Bierig | 28894 Network Place | | | Chicago | N/A | 60673 | |
| Richard S. Gephart | | 998 Eaglewood Drive | | | Willoughby | OH | 44094 | |
| Richard T. Turman Sr. | | 953 Howell Street | | | Sheffield Lake | OH | 44054 | |
| RLI Insurance Company | | 9025 North Lindbergh Drive | | | Peoria | IL | 61615 | |
| Robert A. Bentley | | 9685 Walters Road | | | Onaway | MI | 49765 | |
| Robert Cardinal | | 25334 Petros Dr | | | Flat Rock | MI | 48134 | |
| Robert J Zielaskowski | | 7087 M-65 | | | Posen | MI | 49776 | |
| Robert M. Kelley | | 1213 N. Curtis Road | | | Rogers City | MI | 49779 | |
| Robert R. Richards III | | 1450 Sheldon Road | | | Alger | MI | 48610 | |
| Robert W. Rohn | | 32860 Redwood Blvd. | | | Avon Lake | OH | 44012 | |
| Roger R. Ryckman | | 3783 E. White Road | | | Cedar | MI | 49621 | |
| Rogers City Mini-Storage | | 1285 Cedar St. | | | Rogers City | MI | 49779 | |
| Ronald Hill | | 3337 188th Street | | | Lansing | IL | 60438 | |
| Ronald L. Jarvela | | 42532 Heikkinen School Road | | | Toivola | MI | 49965 | |
| Ronald Manana | | 11105 Crystal Ridge Drive | | | Watchung | NJ | 07069 | |
| Rosemary Morris | | 113 Louisville Avenue | | | Neptune | NJ | 07753 | |
| Royal Bank of Canada | Alison Stewart | 380 Scott Street | | | St. Catharines | ON | L2M 3W4 | Canada |
| Ryan Holmes | | 40233 Harris | | | Belleville | MI | 48111 | |
| Ryan K. Bright | | 4811 SE Boardman Ave | Apt. 9 | | Milwaukie | OR | 97267 | |
| Ryan McDonough | | 33233 Fairport | | | Avon Lake | OH | 44012 | |
| Ryan Smith | | 8583 King Arthur's Court | | | Kingsley | MI | 49649 | |
| Ryan Taylor | | 2641 Ives Road | | | Tecumseh | MI | 49286 | |
| Safety-Kleen | | PO Box 15221, Station A | | | Toronto | ON | M5W 1C1 | Canada |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SAFETY-KLEEN | | 5360 LEGACY DRIVE | BUILDING 2 SUITE 100 | | PLANO | TX | 75024 | |
| Samer Batraki | | 59 Edgewood Drive | | | Township of Washington | NJ | 07676-5104 | |
| Samsel Supply | | Box 5717 | | | Cleveland | OH | 44191 | |
| Samuel D. Miller Jr. | | 9845 Unity Road | | | Poland | OH | 44514 | |
| Samuel Schulte | | 1449 E McMillan St | | | Cincinnati | OH | 45206 | |
| Sanjiv Shah | | 333 Washington Street | Suite 201 | | Jersey City | NJ | 07302 | |
| Sartor Properties | | P.O. Box 370 | | | Port Dover | ON | N0A 1N0 | |
| Scienco/FAST Division Bio-Microbics In | Alan Fleischer | 12977 Maurer Industrial Drive | | | St. Louis | MO | 63127-1515 | |
| Scienco/FAST Division Bio-Microbics Inc. | | 12977 Maurer Industrial Drive | | | St. Louis | MO | 63127-1515 | |
| Scott Garcia | | 6152 Evergreen Drive | | | Hale | MI | 48739 | |
| Scott Hughey | | 4319 Deerfield Ln | | | Traverse City | MI | 49684 | |
| Scott M. Chouinard | | 7083 L.5 Lane | | | Escanaba | MI | 49829 | |
| Scott Murray | | 127 Court Street | | | Chardon | OH | 44024 | |
| Sean Farrell | | 2690 Blue Meadow Drive | | | Traverse City | MI | 49685 | |
| Sean Gardiner | | 518 W. Harrison Street | | | Monticello | IN | 47960 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION | | P.O. BOX 979081 | | | ST. LOUIS | MO | 63197-9000 | |
| Selvick Marine Towing | | 212 Alabama Street | | | Sturgeon Bay | WI | 54235 | |
| Seth Leidinger | | 4525 Cedar Lake Road | | | Traverse City | MI | 49685 | |
| Seth Porter | | 246 Kemp Road | | | Hendrix | OK | 75479 | |
| Shane Howard | | 3140 Trendwell Street | | | Wayne | MI | 48184 | |
| Shawn B. Pavlovich | | 32217 Country Club Drive | | | Avon Lake | OH | 44012 | |
| Shawn Holt | | 119 Pennsylvania Avenue | | | South Portland | ME | 04106 | |
| Shawn P. Hayes | | 5749 Buchanan Ave. SW | | | Wyoming | MI | 49548 | |
| SHRINERS HOSPITALS FOR CHILDREN | | 3229 Burnet Ave | | | Cincinnati | OH | 45229 | |
| Silas Preston | | 20696 Hackett Lake Hwy | | | Onaway | MI | 49765 | |
| State of Delaware | | Carvel State Office Building 8th Floor | | | Wilmington | DE | 19801 | |
| State of Illinois | | PO Box 19004 | | | Springfield | IL | 62794-9004 | |
| State of Michigan | | State of Michigan | | | Lansing | MI | 48909 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State of Michigan | Department of Treasury | Cadillac Place, 10th Floor | 3030 W. Grand Blvd., Suite 10-200 | | Detroit | MI | 48202 | |
| State of New Jersey | Bankruptcy Dept. | Compliance Activity | PO Box 245 | | Trenton | NJ | 08695-0245 | |
| State of New Jersey | Department of Treasury | Division of Taxation | 50 Barrack St 1st Fl Lobby | | Trenton | NJ | 08695 | |
| STATE OF NEW JERSEY | DEPT OF LABOR & WORKSFORCE DEVELOPMENT | DIVISION OF EMPLOYER ACCOUNTS | | | TRENTON | NJ | 08646-0929 | |
| State of Wisconsin | Laura Madsen | WI DNR | | | Milwaukee | WI | 53278-0816 | |
| Steven Hammond | | 3421 W. 125th | | | Cleveland | OH | 44111 | |
| Steven J Grulke | | 374 S.5th Street | | | Rogers City | MI | 49779 | |
| Steven Judge | | 122 Woody Lane | | | Cushing | ME | 04563 | |
| Stoney's Hardware Ltd | | Box 579 | | | Port Dover | ON | N0A 1N0 | Canada |
| Stoney's Hardware Ltd | | Box 579 | | | Port Doer | ON | N0A 1N0 | Canada |
| Sue Kelley | | 1213 N. Curtis Rd. | | | Rogers City | MI | 49779 | |
| Susan K Kelley | | 1213 N Curtis Road | | | Rogers City | MI | 49779 | |
| Terrence Evans | | 5959 Shallow Creek Drive | | | Milford | OH | 45150 | |
| Terry M. Biglin | | 9334 Evergreen Drive | | | Traverse City | MI | 49684 | |
| TestA EmployeeGRN | | 111 test street | | | testerville | NY | 10019 | |
| The Guarantee Company of North America | | 1400-4950 Yonge St | Madison Centre | | Toronto | ON | M2N 6K1 | Canada |
| Thomas Liberty | | 11811 Spencer Mills Road | | | Spencer Mills | OH | 44275 | |
| Thomas R. Banar | | 7583 Clark Street | | | Olmstead Falls | OH | 44138 | |
| Thompson Hine | Rob Burger | 3900 Key Centre | | | Cleveland | OH | 44114-1291 | |
| Thompson Hine | | 3900 Key Center 127 Public Square | | | Cleveland | OH | 44114-1291 | |
| Thunder Bay Terminals | | 100 Main Street | | | Thunder Bay | ON | P7B 6R9 | Canada |
| Timothy A. Dementer | | 1224 11th Avenue South | | | Escanaba | MI | 49829 | |
| Timothy Centeno | | 264 Woodworth Avenue | | | Yonkers | NY | 10701 | |
| Timothy Haak | | 826 60th St | | | Pullman | MI | 49450 | |
| Timothy McLogan | | 4727 Stiles Creek Drive NE | | | Grand Rapids | MI | 49525 | |
| Transport Can. Port Stanley | | Richard Payne | | | Port Stanley | ON | N5L 1J4 | Canada |
| Transport Canada | Ian Overman | 497 Walls Road | | | Sault Ste Marie | ON | P6A 5K6 | Canada |
| Transport Canada - Allan Columbus | | Allan Columbus | | | Sarnis | ON | N7T 7J2 | Canada |
| Transport Canada - Columbus Sarnia | | P.O. Box 325 | | | Sarnia  ON | ON | N7T 7J2 | Canada |
| TRANSPORT CANADA - FRONT ST. | | ONTARIO REGION - MARINE | | | SARNIA | ON | N7T 2N4 | Canada |
| Transport Canada - Ottawa | | 330 Sparks Street | | | Ottawa | ON | K1A 0N5 | Canada |
| Transport Canada - Owen Sound | | Captain Gordon McNeill | | | Owen Sound | ON | N4K 5T2 | Canada |
| transport Canada - Port stanley | | box #6 | | | Port Stanley | ON | N5L 1J4 | Canada |
| Transport Canada - Sault Ste. Marie | Ian Overman | 497 Walls Road | | | Sault Ste Marie | ON | P6A 6K4 | Canada |

Rand Logistics, Inc., et al.
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Transport Canada - Sorel | | 15 Prince St. | | | Sorel | Quebec | J3P 4J4 | |
| TRANSPORT CANADA - SOREL HARBOUR | | 15 PRINCE STREET | | | SOREL | QUEBEC | J3P 4J4 | Canada |
| Transport Canada - St. Catharines | | 43 Church Street  Suite 707 | | | St. Catharines | ON | L2R 7L1 | Canada |
| Transport Canada - Thunder Bay | | Suite 103 | | | Thunder Bay | ON | P7B 2W6 | Canada |
| Transport Canada - Toronto | | Transport Canada | | | Toronto | ON | M2N 6A5 | Canada |
| Transport Canada- Dorval | | 700 Leigh Capreal | | | Dorval | QC | H4Y 1G7 | Canada |
| TRANSPORT CANADA FORMS | | 1565 CARLING AVE. | | | OTTAWA | ON | K1Z 8R1 | Canada |
| Transport Canada- Parry Sound | | 1 Belvedere Ave. | | | Parry Sound | ON | P2A 1Z8 | Canada |
| Transport Canada Registry of Ships | | 4900 Yonge St | | | Toronot | Ontario | M2N 6A5 | Canada |
| Travis Goins | | 4275 Mitchell Creek Dr | D8 | | Traverse City | MI | 49686 | |
| TRI-CITIES KIWANIS FOUNDATION | | PO Box 571 | | | Grand Haven | MI | 49417 | |
| U.S. COAST GUARD - ART/OTHERS | | P.O. BOX 530249 | | | ATLANTA | GA | 30353-0249 | |
| U.S. COAST GUARD - CIVIL PENALTIES | | P.O. BOX 70945 | | | CHARLOTTE | NC | 28272-0945 | |
| U.S. COAST GUARD CIVIL PENALTIES | | P.O. BOX 531112 | | | ATLANTA | GA | 30353-1112 | |
| U.S. Coast Guard Civin Penalties | | P.O. Box 531112 | | | Atlanta | GA | 30353-1112 | |
| U.S. COAST GUARD VESSEL INSPECTIONS | | PO BOX 531030 | | | ATLANTA | GA | 30353-1030 | |
| U.S. CUSTOMS | | CBP-MARINE DIVISION | | | Detroit | MI | 48216 | |
| U.S. Customs & Border Protection | | P.O. Box 530071 | | | Atlanta | GA | 30353-0071 | |
| U.S. Customs and Border Protection | | Attn: Fines, Penalties & Forfeitures | | | Detroit | MI | 48226 | |
| U.S. Customs and Border Protection - VRU | | 423 Canal Street | | | New Orleans | LA | 70130 | |
| U.S. Customs -Charlotte NC | | P.O. Box 70946 | | | Charlotte | NC | 28272 | |
| U.S. TREASURY | USCG VESSEL INSPECTIONS | P.O. BOX 70952 | | | CHARLOTTE | NC | 28272-0952 | |
| Ulysses Systems | | National Westminster Bank | | | London  UK | UK | EC2P 2AP | United Kingdom |
| Ulysses Systems | National Westminster Bank | P.O. Box 15  34 Bishopsgate | 34 Bishopsgate | | London | UK | EC2P 2AP | UK |
| Ulysses Systems | | National Westminster Bank | P.O. Box 15  34 Bishopsgate | 34 Bishopsgate | London | UK | EC2P 2AP | England |
| United National Insurance Company | a/s/o Entertainment U.S.A., Inc. d/b/a Christie's Cabaretc/o Mark R. Jacobs, Esq. | c/o Mark R. Jacobs, Esq. | Matasar Jacobs LLC | 1111 Superior Avenue, Suite 1355 | Cleveland | OH | 44114 | |
| UNITED STATES COAST GUARD | | P.O. BOX 530249 | | | ATLANTA | GA | 30352-0249 | |
| United States Customs Service | | P.O. Box 100769 | | | Atlanta | GA | 30384 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| United States Postal Service | Thomas J. Marshall, General Counsel | 475 L'Enfant Plaza, SW | Room 4012 | | Washington | DC | 20260-2200 | |
| United States Treasurey | | Internal Revenue Service | | | Cincinnati | OH | 45999-0039 | |
| United States Treasury | | Internal Revenue Service | | | Kansas City | MO | 64999-0202 | |
| UP Environmental Services | Wayne Stenberg | 1315 US 2 & 41 | | | Bark River | MI | 49807 | |
| UP Environmental Services | | 1315 US 2 & 41 | | | Bark River | MI | 49807 | |
| US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| US Coast Gard - Civil Penalties | | PO Box 70945 | | | Charlotte | NC | 28272-0945 | |
| US Coast Guard | | 4200 Wilson Blvd | | | Arlington | VA | 22203 | |
| US Coast Guard Inspection Fees | | PO Box 105663 | | | Atlanta | GA | 30348-5663 | |
| US Coast Guard National Pollution Funds Center | | 4200 Wilson Blvd Suite 100 | | | Arlington | VA | 22203-1804 | |
| US Coast Guard NPFC | | 4200 Wilson Boulevard | | | Arlington | VA | 22203-1804 | |
| US Customs | | Box 70976 | | | Charlotte | NC | 28272 | |
| US Customs - toledo | | 420 Madison, Ste 500 | | | Toledo | OH | 43604 | |
| US Customs Service | | PO Box 70946 | | | Charlotte | NC | 28272 | |
| US CUSTOMS-Ashtabula | | 1170 Lake Ave | | | Ashtabula | OH | 44004 | |
| US Immigration and Naturalization | | P.O. Box 5000 | | | Williston | VT | 05495-5000 | |
| US Treasury | | USCG Vessel Inspection | | | Charlotte | NC | 28272-0952 | |
| USDA, GIPSA | | P.O. Box 790335 | | | St. Louis | MO | 63179-0335 | |
| VALLEY CAMP TERMINAL | | 174 DARREL AVENUE | | | THUNDER BAY | ON | P7J 1K4 | Canada |
| Vapcor | | 530 Eastchester Ave | | | St. Catharines | ON | L2M 7P3 | |
| Verizon Wireless | | P.O. Box 25505 | | | Lehigh Valley | PA | 18002-5506 | |
| Veson Nautical | | 500 Boylston Street | | | Boston | MA | 02116 | |
| Veson Nautical | | 500 Boylston Street | Suite 400 | | Boston | MA | 02116 | |
| Vincent Conglose | | 5112 Clearfield Drive | | | Mineral Ridge | OH | 44440 | |
| W & O Supply | | PO Box 933067 | | | Atlanta | GA | 31193-3067 | |
| Walter Edington | | 2015 16th Ave N | | | Escanaba | MI | 49829 | |
| Warner Petroleum Corp. | | Box 673212 | | | Detroit | MI | 48267-3212 | |
| Warner Petroleum Corp. | | P.O. Box 673212 | | | Detroit | MI | 48267-3212 | |
| WELLCOMP MANAGED CARE INC. | | P.O. BOX 204479 | | | DALLAS | TX | 75320 | |
| Wendy Prunty | | 35 Glenwood Terrace | Fords | | Woodbridge Township | NJ | 08863 | |
| Wesley Kuhns | | 0315 SW Nebraska Street | | | Portland | OR | 97239 | |
| Wilhelmsen Ships Service Inc. (Houston) | Deborah Gostomski | 9400 New Century Dr. | | | Pasadena | TX | 77507 | |
| Wilhelmsen Ships Service Inc. (Houston) | | 9400 New Century Dr. | PO Box 123141 | | Pasadena | TX | 77507 | |
| William Bachman | | 1 Holly Tree Lane | | | Spring | TX | 77373 | |
| William Harrigan | | 204 Ocean Avenue | | | Portland | ME | 04103 | |
| William P. Penn | | 4061 Berkeley | | | Sheffield Village | OH | 44054 | |

**Rand Logistics, Inc., et al.**
**Creditor Matrix**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| William S. Dowdell | | 7181 Chippewa Trail | | | Rogers City | MI | 49779 | |
| William Slattery | | 1487 Fox Drive | | | Brunswick | OH | 44212 | |
| WIRELESS WATCHDOGS | | 317 ISIS AVENUE, SUITE 102 | | | INGLEWOOD | CA | 90301 | |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 17 W Main St | PO Box 7857 | Madison | WI | 53707-7857 | |
| Wisconsin Department of Revenue | | P.O. Box 8908 | | | Madison | WI | 53708-8908 | |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8906 | | | Madison | WI | 53708-8906 | |
| WISCONSIN, STATE OF - DEPT OF NATURAL RESOURCES | | 101 S. WEBSTER STREET | | | MADISON | WI | 53707-7921 | |
| Wm. Neundorfer & Co. | Tim Garlak | 831 Callendar Boulevard | | | Painesville Twp | OH | 44077 | |
| Wm. Neundorfer & Co. | | 831 Callendar Boulevard | | | Painesville Twp. | OH | 44077 | |
| Workiva LLC | | 2900 UNIVERSITY BLVD | | | Ames | IA | 50010 | |
| XL | c/o Lloyds | 1WFC (200 Liberty Street) 21st | | | New York | NY | 10281 | |